IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLY JAMES LOVELL                                                                    PLAINTIFF

V.                    CASE NO. 3:18-CV-00075-JM-JTK

SOCIAL SECURITY ADMINISTRATION                                        DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motions to Proceed *In Forma Pauperis* (DE #1). Plaintiff has no income but lists financial obligations. Because no income information is provided, the Court finds the application incomplete.

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entre, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986) (quoting *Souder v. McGuire*, 516 F.2d 820, 823 (3rd Cir. 1975)). Although a claimant need not be completely destitute to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Williamson*, 786 F.2d at 1338.

The Court hereby directs Plaintiff to provide within fourteen (14) days of this Order some explanation as to his source(s) of income and/or means of supporting himself.

IT IS SO ORDERED this 24th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE